1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7

8 ELOY PADILLA-SALDANA,

9        Petitioner,                3:03-cv-0394-LRH-VPC

10 vs.

                                       **ORDER**

11 E.K. McDANIEL, *et al.*,

12        Respondents.

13 _____/

14

15        In this habeas corpus action, on February 16, 2005,  the Court granted respondents'

16 motion to dismiss, and dismissed the case on the ground that it was initiated outside the applicable

17 limitations period (docket #29, #30).

18        Petitioner filed a notice of appeal (docket #32), and an application for a certificate of

19 appealability (docket #34).  This Court denied petitioner's application for certificate of appealability

20 on May 12, 2005 (docket #37), and the appeal was processed.

21        On October 12, 2005, the Court of Appeals denied petitioner's request in that court

22 for a certificate of appealability (docket #44), terminating petitioner's appeal.

23        Then, four months later, on February 17, 2006, after this case had long been closed,

24 and the appeal dismissed, petitioner filed a Motion for Relief from Judgment (docket #45).  That

25 motion was made under Federal Rule of Civil Procedure 60(b) on grounds of mistake, inadvertence,

26

1    surprise, or excusable neglect.  Respondents opposed that motion (docket #46), and petitioner replied

2    (docket #47).

3             Petitioner's motion was untimely (*see* Fed.R.Civ.P. 60(b)), and the arguments in

4    petitioner's motion, seeking relief from the judgment in this case, are patently frivolous.

5             **IT IS THEREFORE ORDERED** that petitioner's Motion for Relief from Judgment

6    (docket #45) is **DENIED**.

7             Dated this 22nd day of February, 2008.

8

9

10                                            _____

11                                            LARRY R. HICKS
                                              UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26